USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9/9/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YASMIN D. ET AL.,

          Plaintiffs,

- against -

CITY OF NEW YORK ET AL.,

          Defendants.

---

14-cv-7131 (JGK)(HBP)

ORDER

**JOHN G. KOELTL, District Judge:**

    The Court has reviewed the Report and Recommendation of Magistrate Judge Pitman filed on August 22, 2016 recommending that the settlement agreement resolving the claims of the three infant plaintiffs be approved. No objection to the Report and Recommendation has been filed and the time for filing objections has passed. In any event, the Report and Recommendation is well reasoned and the Court adopts it. The proposed settlement, including the provision for attorneys' fees, is fair and reasonable for the reasons explained by Magistrate Judge Pitman.

    The Court will sign the proposed Infant Compromise Order.

The parties should submit a proposed Judgement to close this case, including the recommended disposition for any claims against defendant Robinson, who has defaulted.

The Clerk is directed to close Docket No. 44.

**SO ORDERED.**

Dated:    New York, New York
           September 9, 2016

_____
John G. Koeltl
United States District Judge